**PROBABLE CAUSE FOR CRIMINAL COMPLAINT**

1. I, Aaron Eastham, am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since 2018. I am currently assigned to the Detroit Field Office, Grand Rapids Resident Agency. During my employment with the FBI, I have conducted investigations involving violations of federal criminal laws, including violations related to child exploitation and pornography. I am familiar with the various statutes of Title 18, United States Code, Chapter 110 – sexual exploitation and other abuse of children, including violations pertaining to sexual exploitation and attempted sexual exploitation of children (18 U.S.C. § 2251(a)) and possession of child pornography (18 U.S.C. § 2252A(a)(5)(B)), the "subject offenses."

2. The facts in this Continuation of Criminal Complaint are based on my personal observations, my training and experience, and information obtained from other agents and witnesses. I submit the following to establish probable cause to believe that Eric Terrell ("TERRELL" or "Defendant") has committed violations of sexual exploitation and other abuse of children, including violations pertaining to sexual exploitation and attempted sexual exploitation of children (18 U.S.C. § 2251(a)), the "subject offense." This Continuation of Criminal Complaint is intended merely to show probable cause that TERRELL committed the described offenses below and does not set forth all of my knowledge concerning this matter.

**PROBABLE CAUSE FOR SEARCH WARRANT**

3. Around 1/08/2025, the Kent County Sheriff's Office received an anonymous tip from OK To Say regarding an adult having sexual conversations with

minors. The tip alleged that ERIC JOSEPH TERRELL, residing at 2037 84th Street SW, Byron Center, MI was sexting and sending inappropriate images to minors on Discord and Instagram. There were no names of victims provided, except for a screenshot of a Discord conversation between Discord users ".kalie" (MV1) and Iswearitsconsensual (TERRELL) on 12/14/2024. It was alleged that TERRELL had MV1 harm herself by carving his name into her leg. The screenshot showed that MV1 sent an image of the name "ERIK" carved into the skin of what appeared to be an arm or a leg. The carving appeared deep enough to cause bleeding. TERRELL responded to the photo by saying "Much better Did that feel good hm? You wanna play now?"

    4.    Around 1/21/2025, Discord submitted a Cyber Tip (CT - 205115497) to NCMEC. The CT included a Discord chat log between TERRELL and Discord user Cnccdolly (later identified as MV1) that spanned between the dates of 12/02/2024 and 12/23/2024. Around 12/02/2024, MV1 told TERRELL that she was 15-years-old. TERRELL responded that he was twice her age. Around the same date, the following conversation was had:

    a. **Terrell:** I may seem sweet and innocent but I promise my tastes are much darker than my personalityyyy

    b. **MV1:** :3 hmmm? im interesteddd

    c. **Terrell:** I want to hurt you, I want you to hurt yourself, I'm going to embarrass you privately, public anything I want, whatever I feel like at any given time. You are playing a very dangerous gameee

2

5. TERRELL then asked MV1 is she had any scars. MV1 sent two videos depicting scars on a white female's thigh and scars on a white female's wrist. TERRELL said she had very pretty skin and he wanted to "bruise it, and mark my name into it…"

6. TERRELL and MV1 discussed MV1 being in school and that she rode the school bus to school. They discussed MV1 sending TERRELL photos from the school's bathroom. There were several links in the chat log provided by Discord, which accessed videos or images that were sent in the chats. MV1 sent TERRELL several non-nude images and videos of herself in a public bathroom as well as in what appeared to be inside of a school. In one of the bathroom photos, MV1 was holding what appeared to be an orange hall pass.

7. TERRELL sent MV1 a selfie style photo around 12/03/2024, after he asked MV1 if she wanted to see a picture of his face and said, "Now that I'm pretty sure you aren't going to report me to the authorities for planning on absolutely abusing a child relentlessly from now on." The person in the image TERRELL sent to MV1 matched TERRELL's driver's license photo. TERRELL also sent MV1 several photos and videos of his penis, including videos of himself masturbating.

8. Other pictures or videos appeared to be sent by MV1, but were not included or recovered in the chat logs Discord provided. At times, pictures or videos would be discussed in the chat messages and TERRELL would respond indicating that he had received them. No nude images of MV1 were provided by Discord:

    a. **Terrell:** I'm excited to see that little assssss

3

    b. **MV1:** i alsooo took a picture for youuu :>>

    c. **Terrell:** Wowwww goooood job!

    d. **Terrell:** I'm so proud of you little one

    e. **MV1:** :33 thank youuu here u goo

    f. **Terrell:** Grrrrrrr! Look at those pretty hips perfect for me to grab on so I can make sure I use my pretty toy as rough as possible

    g. **Terrell:** Good girl!

9. TERRELL began telling MV1 that he controlled her. He told her that she was not allowed to masturbate without his permission and MV1 responded that she understood. Around 12/03/2024 the following conversation was had:

    a. **Terrell:** From now on you don't make choices

    b. **Terrell:** I do

    c. **Terrell:** You obey

    d. **Terrell:** And I won't have to hurt you too badly

    e. **MV1:** i will obey :3

10. TERRELL asked MV1 if she wanted to be his. When she said yes, he asked if they were official and MV1 said yes. TERRELL responded "How does it feel being my girlfriend hmm, girlfriend, toy, pet, everything". MV1 then said she was going to take a shower and TERRELL said "Okayyyy, if you wanna send soapy ass n titties I won't complainnnn".

11. TERRELL began encouraging MV1 to cut herself for his pleasure. TERRELL

said, "I should make you cut my name into your skin so you never forget", and MV1 replied "just tell me what to do and i'll do it for you •^•". TERRELL asked if she was in recovery for cutting or was actively doing it and MV1 said she hadn't cut herself in a while, but wouldn't mind doing it again for him. Several day later, TERRELL told MV1 to carve his name into her chest and then they could play video games together. MV1 said she would and asked him how to spell his name and he said "Erik". After, the following conversation was had:

    a. **MV1:** okay okay i started it on my thigh tho is that okayyayay

    b. **Terrell:** Mhmmm

    c. **MV1:** okay good :PP

    d. **Terrell:** Ehehehe hurt yourself for meeee

    e. **Terrell:** Just a touch deeper I want it to scar

    f. **MV1:** okay :33

    g. **Terrell:** Much better

    h. **Terrell:** Did that feel good hm? You wanna play now?

12. Later, around 12/19/2024, TERRELL said he was going to masturbate to MV1 cutting herself. MV1 said she just got a new blade and sent him a photo depicting what appeared to be fresh cut marks on skin.

13. Around 12/05/2024, TERRELL reminded MV1 that he wanted her to take a nude image of herself in the shower and send it to him:

a. **MV1:** welll im actually gonna go ahead and get in the showerrr

b. **Terrell:** REALLY RIGHT NOWWWW?

c. **Terrell:** Do you remember what I asked forrrr

d. **Terrell:** Grrrrrr ehehehehehhe such a pretty girllll

e. **Terrell:** Who's my good little pet hmmm

f. **Terrell:** You should get used to this because I'm going to make you set your phone up somewhere safe and let me watch you strip and shower while I stroke my cock

g. **Terrell:** You'll be live in cam btw

h. **Terrell:** So maybe practice by recording and taking pics for me, every shower huh pup

i. **Terrell:** Can you do that for me

j. **MV1:** yesss i cann tryyy :3 im yourrr gooddd little pett daddy

14. A few messages later:

k. **Terrell:** Perfecttttt, when you get out quickly set your phone up on record, I want to watch you dry and dress yourself, I finally wanna see that entire underage body

l. **Terrell:** Btwwwww your ass is so juicy, I can't wait to fuck while you cry in pain

15. TERRELL asked MV1 to send him a video if her spreading "those juicy

6

cheeks, I wanna see how tight it issss". Later, it appeared TERRELL received an image or video of MV1's genitals:

    a. **Terrell:** Pull those panties down, and bend overrr I wanna see the holes you hiding down thereee

    b. **MV1**: thank you daddyyy :3

    c. **Terrell:** Grrrrr such tight little holessss

    d. **Terrell:** Who's my good pet huh??!!!

    e. **Terrell:** When's the last time you rubbed that little cunny cum dump of yours

16.    TERRELL told MV1 "If you lose your phone I can't exploit you for nudessss" and "Eheheheh do you like when I remind how I'm exploiting and manipulating you just so I can cum".

17.    TERRELL told MV1 to show him her "holes" multiple times. On one occasion, when MV1 said she was Facetiming a friend, the below conversation was had:

    a. **Terrell:** Welllll, say one second, pause your cam and show me your holes again muehehehehe she'll never knowww nice and spread, unless you like not alone

    b. **MV1:** hehehe okayyyayay :3

    c. **Terrell:** Yayayaya that's so naughty

18.    A few messages later:

    d. **MV1:** buttt i still took some pictures for youuu :3

    e. **MV1:** well a pictureee

    f. **Terrell:** That's my good girl

    g. **Terrell:** Do you showing off your little fuck toys to Daddy huh?

    h. **Terrell:** I can't wait to make you start training that tight ass

    i. **MV1:** yess ofc :3

    j. **Terrell:** Make sure you take good care of those they belong to me

    k. **Terrell:** Clean and hairless

19.    Around 12/12/2024, it appeared that TERRELL and MV1 had a voice call. The next day, TERRELL asked if MV1 had fun and MV1 said she did and she loved talking to him. She then reminded TERRELL that they were going to play the game Dress to Impress together. TERRELL responded by saying "ILL PLAY IT AFTER YOU LET ME WATCH YOU PEE". Later that day, MV1 told TERRELL "hehehe im in the shower nowww so ill take some pictures for you and the video :3". It appeared TERRELL received a video or image, as he asked MV1 how she got scratches on her hip.

20.    Around 12/16/2024, it appeared that TERRELL received additional videos from MV1:

    a. **MV1:** heheheh i have more videosss for youuu :3

    b. **Terrell:** That's my good girllll, such a pretty little toyyyyy

    c. **Terrell:** I think I'm going to cum to these

    d. **Terrell:** You do deserve a reward after all

  e. **MV1:** hehehe :33 yayayaya

  f. **Terrell:** You like spreading those legs for Daddy huh?

21. Around 12/19/2024, it appeared MV1 sent TERRELL a video of herself in the shower after TERRELL requested to see her "holes":

  a. **Terrell:** Eheheheheh yayayaya, when you finish clean it up and record yourself stripping then show off all those holessss I'm so hard rn little princess

  b. **MV1:** hehehhe okay okay :33

  c. **Terrell:** Fuck you're gonna make Daddy cum so hard little princess

  d. **MV1:** heheheh i took only a picture for youuu but im about to shower and ill make a striping video againnn :33

  e. **Terrell:** That's okayyyy I'm slow stroking right nowww

  f. **Terrell:** Mmmm, yes yes stripping video, let me see my name all over you and I'll record me cumming to youuu

  g. **MV1:** heheheh yes yes ofc daddyyy

  h. **Terrell:** Such a good girl I can't hold back any longer

  i. **MV1:** yayayayya thank you daddyyy ^â€¢^

  j. **Terrell:** [Sent a video depicting a male masturbating and ejaculating.].

22. An administrative subpoena was sent to Discord requesting subscriber information associated with TERRELL's known phone number **616-210-4967**, which was

obtained through open source searches. Discord responded with the following subscriber information:

    a. **User ID:** 1151124383167938591

    b. **Username:** iswearitsconsensual#0

    c. **Phone Number**: +16162104967

    d. Discord also provided a list of IP addresses for session started dates/times. The two of the most seen IPs used were:

        i. 71.227.90.54 (Resolved to Grand Rapids, MI - ISP: Comcast)

        ii. 96.85.119.141 (Resolved to Byron Center, MI - ISP: Comcast Business)

23. An administrative subpoena was sent to Comcast for the residential IP 71.227.90.54 for three of the Discord session times (12/02/2024, 12/20/2024, and 1/17/2025). Comcast responded with the following subscriber information for the Comcast account associated with the IP address:

    a. **Subscriber Name:**   RODNEY TERRELL

    b. **Service Address:**   2037 84TH ST SW, BYRON CENTER, MI 493159345 (Target address)

24. A search warrant was obtained for the Discord account associated with ERIC TERRELL's phone number (Username: iswearitsconsensual#0). On 2/25/2025

10

Discord provided the requested account content for download.

25.     A cursory review of the chats found in the Discord account revealed that TERRELL was in communication with over 28 different people who identified themselves as being under the age of 18, some of which were as young as 13-years-old. On 1/16/2025, TERRELL had a conversation with a female, who identified themselves as being 15-years-old, whom he discussed sending underwear pictures with. Around 12/06/2024, TERRELL was chatting with a Discord user who said she was 15-years-old and had borderline personality disorder. It appeared that TERRELL sent the minor a picture of his penis and told her "Also don't worry that's still softy it gets bigger". TERRELL told the minor to send him a recording of her farting so he could see her anus, but it did not appear she complied with this request. The minor told TERRELL she felt like cutting herself, and TERRELL encouraged her by telling her they could do it together and he could control how much she cuts herself. When the minor said she was going to cut herself in the shower, TERRELL told her that she "might as well send me some vids of that pretty ahh little body idk".

26.     On 3/05/2025, TERRELL was interviewed by FBI agents. TERRELL was shown a photo of MV1 which was sent by her to TERRELL on Discord and he recognized her as being someone he talked to. He stated her had started talking to her a few months ago. TERRELL said he thought she was 15-years-old. He admitted she had cut his name into her skin. He admitted he had asked for 5 nude photos of herself, which she sent. He admitted to receiving a photo MV1 sent him of herself laying on a bed exposing her vagina.

27.    TERRELL provided the password to his phone, which was taken off his person, and it was searched during the interview, pursuant to the authority of a federal search. A video was found saved to his phone depicting what appeared to be a minor female, who was not MV1, and appeared to be between 11-13-years-old, but whose actual age is unknown to investigators. In the video, the minor removes her clothes in a bathroom and exposes her genitals for the camera. TERRELL was asked how old he believed the girl in the video to be, and he said he thought she was around 12-years-old.