UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ERIC JOSEPH TERRELL,

        Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

### Sexual Exploitation of a Minor

Between on or about December 3, 2024 and on or about December 23, 2024, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

ERIC JOSEPH TERRELL

knowingly persuaded, induced, enticed, and coerced, and attempted to persuade, induce, entice, and coerce, a minor to engage in sexually explicit conduct for the purpose of producing one or more visual depictions of that conduct, knowing and having reason to know that such visual depictions would be transported or transmitted using any means or facility of interstate or foreign commerce and in or affecting interstate commerce.

Specifically, ERIC JOSEPH TERRELL used Discord, an internet application, to convince Minor Victim 1 to take pictures or videos of herself masturbating and exposing her genitals, pubic area, and anus.  Minor Victim 1, in Georgia, took these

pictures and videos at TERRELL's request and sent them to him in Michigan via Discord.

18 U.S.C. § 2251(a), (e)
18 U.S.C. § 2256(2)

## **FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. §§ 2251, as charged in this Indictment,

ERIC JOSEPH TERRELL

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. § 2251 any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property.

18 U.S.C. § 2253
18 U.S.C. § 2251
18 U.S.C. § 2256

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW B. BIRGE
Acting United States Attorney

_[signature]_____
TIMOTHY VERHEY
Assistant United States Attorney